**Kenneth G. GEIMER, Appellant,**

v.

**Samuel T. PASTROVICH, Jr., et al., Appellees.**

**No. 90–2784EMSL.**

United States Court of Appeals, Eighth Circuit.

March 28, 1997.

## ORDER

Although inadvertent, the court recognizes its ultimate responsibility for the long delay in bringing Kenneth Geimer's suggestion for rehearing en banc to the forefront for a ruling on the merits.

Having carefully considered the matter, the suggestion for rehearing en banc is denied. Rehearing by the panel is also denied.

It is so ordered.